FILED ✓   LODGED ___
RECEIVED ___   COPY ___
AUG 1 4 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1 | ELIZABETH A. STRANGE
    Acting United States Attorney
2 | District of Arizona

3 | PAUL V. STEARNS
    Assistant U.S. Attorney
4 | Arizona Bar No. 029528
    123 N. San Francisco, Suite 410
5 | Flagstaff, Arizona 86001
    Telephone: (928) 556-0833
6 | Facsimile:  (928) 556-0759
    paul.stearns@usdoj.gov
7 | *Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR17-08186-PCT-DMF |
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 21 U.S.C. §§ 2 & 844(a) (Unlawful Possession of a Controlled Substance – Class A Misdemeanor) Counts 1 and 2 |
| Travis Michael Quimby and Ashley Paige Smith, | |
| Defendants. | 18 U.S.C. §§ 2 and 13 and Ariz. Rev. Stat. §§ 13-3415(A), (F)(1), & (F)(2) and Ariz. Rev. Stat. § 13-604(B) (Unlawful Possession of Paraphernalia – Class B Misdemeanor) Count 3 |
| | 36 C.F.R. §§ 1.3 & 2.10(b)(1) (Unlawful Camping – Class B Misdemeanor) Count 4 |
| | 36 C.F.R. §§ 1.3 & 4.14(a) & (b) (Open Alcohol in Motor Vehicle – Class B Misdemeanor) Count 5 |
| | 36 C.F.R. §§ 1.3 & 2.32(a)(2) (Interference With Agency Function – Class B Misdemeanor) Count 6 |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about August 10, 2017, in the District of Arizona, in Mohave County, the defendants, TRAVIS MICHAEL QUIMBY and ASHLEY PAIGE SMITH, did knowingly, intentionally, and unlawfully possess a controlled substance, that being heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 2 and 844(a).

## COUNT 2

On or about August 10, 2017, in the District of Arizona, in Mohave County, the defendants, TRAVIS MICHAEL QUIMBY and ASHLEY PAIGE SMITH, did knowingly, intentionally, and unlawfully possess a controlled substance, that being marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 2 and 844(a).

## COUNT 3

On or about August 10, 2017, in the District of Arizona, in Mohave County, within the Lake Mead National Recreation Area, an area within the special maritime and territorial jurisdiction of the United States, the defendants, TRAVIS MICHAEL QUIMBY and ASHLEY PAIGE SMITH, did use, and possess with intent to use, drug paraphernalia, including pipes, syringes, a metal spoon, and containers, to store, contain, conceal, inject, ingest, inhale, and otherwise introduce into the human body, unlawfully-possess drugs and controlled substances, that is heroin and marijuana, in violation of Title 18, United States Code, Sections 2 and 13 and Arizona Revised Statute Sections 13-3415(A), (F)(1), & (F)(2) and Arizona Revised Statute Section 13-604(B).

## COUNT 4

On or about August 10, 2017, in the Lake Mead National Recreation Area, an area within the jurisdiction of the National Park Service, in Mohave County, in the District of Arizona, the defendants, TRAVIS MICHAEL QUIMBY and ASHLEY PAIGE SMITH, did unlawfully camp outside of a designated site and camping area, in violation of Title 36, Code of Federal Regulations, Sections 1.3 and 2.10(b)(10).

## COUNT 5

On or about August 10, 2017, in the Lake Mead National Recreation Area, an area within the jurisdiction of the National Park Service, in Mohave County, in the District of Arizona, the defendant, TRAVIS MICHAEL QUIMBY, was the operator of a motor vehicle in a park area, and was a person within a motor vehicle who was responsible for complying with the provisions of 36 C.F.R. § 4.14, and the defendant did carry and store a receptacle containing an alcoholic beverage that was open, had been opened, and whose seal was broken and the contents of which had been partially removed, within a motor vehicle, all in violation of 36 C.F.R. §§ 1.3 and 4.14(a) & (b).

## COUNT 6

On or about August 10, 2017, in the Lake Mead National Recreation Area, an area within the jurisdiction of the National Park Service, in Mohave County, in the District of Arizona, the defendant, ASHLEY PAIGE SMITH, did violate a lawful order from a government employee authorized to maintain order during law enforcement actions, in that the defendant repeatedly refused to exit a motor vehicle during a law enforcement action and when she was ordered to exit the vehicle by a National Park Service law enforcement officer, in violation of 36 C.F.R. §§ 1.3 & 2.32(a)(2).

Dated: August 14, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

PAUL V. STEARNS
Assistant U.S. Attorney