# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America,<br>Plaintiff,<br><br>v.<br>Ashley Paige Smith,<br><br>Defendant. | No. CR17-8186-002-PCT-DMF<br><br>**ORDER** |
|---|---|

The Court having considered the Defendant's Motion to Amend Order of Detention (Doc. 15) and good cause appearing therefor,

**IT IS HEREBY ORDERED** setting a status hearing regarding detention or possible placement into Crossroads on Wednesday, August 30, 2017 at 10:00 a.m. in Flagstaff, Arizona.

Dated this 24th day of August, 2017.

Honorable Jacqueline M. Rateau
United States Magistrate Judge