# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-08186-002-PCT-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Ashley Paige Smith, | |
| Defendant. | |

The defendant having qualified for pretrial release and placement at Crossroads,

IT IS HEREBY ORDERED the United States Marshal transport defendant to the Sandra Day O'Connor Courthouse on Wednesday, September 13, 2017 for release to the custody of Crossroads in Phoenix, Arizona. A bag and baggage hearing before the Court will **not** be required. The defendant shall reside pretrial at said facility as previously ordered by the Court.

Dated this 11th day of September, 2017.

Honorable Eileen S. Willett
United States Magistrate Judge